# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR05-00305HG

CASE NAME:         USA v. Christine Tkatch

ATTYS FOR PLA:     Marshall Silverberg

ATTYS FOR DEF:     Jack Schweigert

INTERPRETER:

JUDGE:   Kevin S. C. Chang         REPORTER:   FTR C5

DATE:    2/23/2006                 TIME:       10:59-11:20:40am

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, in custody.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed. Memorandum of Plea Agreement signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1of the Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 7/21/06 at 1:30 p.m. before Judge Gillmor.

The following dates are hereby vacated:
2/24/06, 8:30am, Final Pretrial Conference, Judge Gillmor
3/7/06, 9:00am, Jury Trial, Judge Gillmor

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager