EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Marshall.Silverberg@USDOJ.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00305 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | THE PROPOSED PRESENTENCE |
| vs. | ) | REPORT |
| | ) | |
| CHRISTINE TKATCH, | ) | Sentencing date: 07/21/06 |
| | ) | Time:  1:30 p.m. |
| | ) | Chief Judge Helen Gillmor |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO THE PROPOSED PRESENTENCE REPORT**

　　　　　The United States has no objections or comments to the Proposed Presentence report.

　　　　　DATED:  June 16, 2006, at Honolulu, Hawaii.

　　　　　　　　　　　　　　　　　　EDWARD H. KUBO, JR.
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Hawaii


　　　　　　　　　　　　　　　　　　By /s/ Marshall H. Silverberg
　　　　　　　　　　　　　　　　　　　 MARSHALL H. SILVERBERG
　　　　　　　　　　　　　　　　　　　 Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class mail:

    JACK F. SCHWEIGERT, ESQ.
    The Lawyers Building
    550 Halekauwila St Rm 309
    Honolulu, HI 96813

    Attorney for Defendant
    CHRISTINE TKATCH

Served by hand delivery:

    U.S. PROBATION OFFICE
    300 Ala Moana Boulevard, Room C-110
    Honolulu, Hawaii 96850

    DATED: June 16, 2006, at Honolulu, Hawaii.

                                        /s/ Cheri Abing