# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 24, 2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 05-00305HG

CASE NAME: UNITED STATES OF AMERICA v. CHRISTINE TKATCH

ATTYS FOR PLA: Marshall H. Silverberg
Gordon Horiye, Case Agent ATF

ATTYS FOR DEFT: Jack F. Schweigert

INTERPRETER: Mona L. Godinet

JUDGE: Helen Gillmor          REPORTER: Stephen Platt

DATE: July 24, 2007           TIME: 10:45 - 11:15
                              MOTION: 10 Minutes
                              SENTENCING: 20 Minutes

COURT ACTION: SENTENCING AS TO COUNT 1 OF THE INDICTMENT - DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE

The defendant is present in custody.
The Memorandum of Plea Agreement is accepted.
The Defendant's Motion for Downward Departure is DENIED.
Allocution by the defendant.

ADJUDGED: Impr of 21 mos.

SUPERVISED RELEASE: 3 yrs. upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4.  That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6.  That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.  That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment. That the defendant be brought before the Court for violation of supervised release after one positive drug test.

8.  That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9.  That the defendant participate in a mental health assessment and seek mental health counseling, if deemed necessary, at the discretion and direction of the Probation Office.

10. That the defendant perform 300 hours of community service as directed by the Probation Office.

11. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

    Special Assessment: $100.00.
    Advised of rights to appeal the sentence, etc.
    That the defendant participate in drug treatment and educational/vocational training programs.

David H. Hisashima, Courtroom Manager
Mary Rose Feria, Courtroom Manager