# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 2, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00305HG

CASE NAME:       UNITED STATES OF AMERICA v. CHRISTINE TKATCH

JUDGE:   Helen Gillmor                REPORTER:

DATE:    August 2, 2006               TIME:

COURT ACTION:              **<u>MINUTE ORDER</u>**

The Minutes indicate a sentencing date of July 24, 2007.  The Minutes is amended to reflect July 24, 2006.

Submitted by: David H. Hisashima, Courtroom Manager
Submitted by: Mary Rose Feria, Courtroom Manager