AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

593291

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 05-00305HG (01) |
| Christine Tkatch | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Christine Tkatch and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2007

at 10 o'clock and 35 min A.M.
SUE BEITIA, CLERK

RECEIVED
2007 APR -5 AM 8:52
U.S. MARSHALS SERVICE
HONOLULU, HI

in violation of Title United States Code, Section(s).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | 04/04/07 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Mililani, HI.

| Date Received 4/5/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 4/27/07 | Arthur Oh /DUSM | [signature] |