# MINUTES

CASE NUMBER:    CR 05-00305HG

CASE NAME:    UNITED STATES OF AMERICA v. CHRISTINE TKATCH

ATTYS FOR PLA:    Marshall H. Silverberg, AUSA

ATTYS FOR DEFT:    Jack F. Schweigert, AFPD

U.S.P.O.:    Lisa K.T. Jicha

---

JUDGE:    Helen Gillmor    REPORTER:    Gloria Bediamol

DATE:    May 4, 2007    TIME:    2:30 - 2:45

---

COURT ACTION:   ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE
SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violation No 1.
The Court finds that this is a Grade C Violation, Criminal History Category III.

Mr. Schweigert informed the Court that the defendant is pregnant, and made a request
that the defendant be placed in a residential treatment program such as Women's Way.
The defendant shall stay in the program until clinically discharged.

Allocution by the defendant.

The defendant is remanded to the custody of the United States Marshals Service.

Sentencing is continued to May 18, 2007 at 11:00 a.m.

Submitted by: Mary Rose Feria, Courtroom Manager