# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 05-00305HG |
| CASE NAME: | UNITED STATES OF AMERICA v. CHRISTINE TKATCH |
| ATTYS FOR PLA: | Marshall H. Silverberg, AUSA |
| ATTYS FOR DEFT: | Jack F. Schweigert, Esq. |
| U.S.P.O.: | Lisa K.T. Jicha |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | May 18, 2007 | TIME: | 9:00 - 9:15 |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

Supervised Release is continued with the following additional conditions:

SPECIAL CONDITION No. 6 and 7:

6.   That the Defendant shall remain at the Federal Detention Center until a bed space becomes available at Salvation Army Family Services Women's Way.  At that time, the United States Marshal Service shall transport the Defendant to the courthouse where she shall be released to Defense Counsel for transport to the treatment facility.  The Defendant shall remain at the program until she receives a clinical discharge.

7.   That the Defendant participate in the Salvation Army Therapeutic Living Program, Ke Ola Pono, following her clinical discharge from Salvation Army Family Services Women's Way.  The defendant shall remain at Ke Ola Pono until released at the discretion and direction of the USPO.

All other conditions of supervised release remain in effect.

Further status conference set for November 15, 2007 at 1:30 p.m.

Defendant is remanded to the custody of the USM.

Submitted by: Mary Rose Feria, Courtroom Manager